# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BOBBY JOE CAMPBELL**                                                     **PLAINTIFF**

**v.**                                  **CIVIL ACTION NO. 1:16-cv-141-JCG**

**MARSHALL FISHER,**
**RONALD WOODALL, and KAREN DEESE**             **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered on March 9, 2018 dismissing with prejudice Plaintiff's claims against Defendants Marshall Fisher, Ronald Woodall, and Karen Deese, this civil action should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 9th day of March, 2018.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE